IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KAREN CAMPBELL McGAGH, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. MJM-24-2758 |
| JUDGE JUDITH ENSOR, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| KAREN CAMPBELL McGAGH, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. MJM-24-2963 |
| JUDGE JUDITH ENSOR, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The above-captioned Complaints are identical in content and in the claims raised. The two cases shall be consolidated for all purposes. Plaintiff Karen Campbell McGagh filed a Motion to Proceed in Forma Pauperis in the lead case, Civil Action No. MJM-24-2758. ECF No. 2. However, Plaintiff fails to provide sufficient information for the Court to determine Plaintiff's indigency. Plaintiff will be granted leave to file an amended motion, and the Clerk will be directed to provide Plaintiff with a copy of the Court's form motion to proceed in forma pauperis on which to do so. Plaintiff is directed to provide all of the requested information to the best of her ability.

Accordingly, it is this  4th  day of November, 2024, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk SHALL CONSOLIDATE these cases;

2. The Complaint filed in Civil Action No. MJM-24-2963 SHALL BE DOCKETED in Civil Action No. MJM-24-2758 as a Supplement to the Complaint;

3. Plaintiff IS REMINDED that all future pleadings related to this claim must note the lead case, Civil Action No. MJM-24-2758, as the case number;

4. Plaintiff IS GRANTED twenty-eight (28) days from the date of this Order to file an amended motion to proceed in forma pauperis;

5. Plaintiff IS FOREWARNED that failure to timely comply with this Court's Order may result in dismissal of the Complaint without prejudice and without further notice from the Court; and

6. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff along with a form motion to proceed in forma pauperis.

_____/S/_____
Matthew J. Maddox
United States District Judge