**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

KAREN CAMPBELL McGAGH,                    *

Plaintiff,                                *

v.                                        *          Civil Action No. MJM-24-2758

JUDGE JUDITH ENSOR,                       *

Defendant.                                *

**************************************************************************

KAREN CAMPBELL McGAGH,                    *

Plaintiff,                                *

v.                                        *          Civil Action No. MJM-24-2963

JUDGE JUDITH ENSOR,                       *

Defendant.                                *
                                         ***

## ORDER

On November 4, 2024, this Court issued an Order consolidating the above-captioned cases and requiring Plaintiff Karen Campbell McGagh to file an amended motion to proceed in forma pauperis.  ECF No. 4.  Plaintiff was granted 28 days in which to comply with the Court's Order and was forewarned that failure to do so would result in dismissal of the Complaint.  *Id.*  To date, Plaintiff has failed to file the amended motion or anything further with the Court.

Accordingly, it is this __30th__ day of December, 2024, by the United States District Court for the District of Maryland, hereby ORDERED that:

1.  The Complaint and Supplement ARE DISMISSED without prejudice for failure to comply with the Court's Order;

2.  Plaintiff's Motion to Proceed in Forma Pauperis (ECF No. 2) IS DENIED;

3.  The Clerk SHALL MAIL a copy of this Order to Plaintiff; and

4.  The Clerk SHALL CLOSE this case.

_____/S/_____

Matthew J. Maddox
United States District Judge

Case 1:24-cv-02758-MJM    Document 6    Filed 12/30/24    Page 2 of 2