Case 1:24-cv-02758-MJM    Document 7    Filed 02/24/25    Page 1 of 2



United States District Court
Office of the Clerk
101 W. Lombard Street
Baltimore, Maryland 21201
www.mdd.uscourts.gov

OFFICIAL BUSINESS

NEOPOST 12/30/2024
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 21201
041M11464066

FEB 24 2025
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UTF unclaimed

NIXIE    171    7E 1    2202/20/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 21201260599    *0627-00552-03-45

Karen Campbell McGagh
4307 Regalwood Terrance
Burtonsville, MD 20866